**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In Re:

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy No.

**Debtor(s).**
-----------------------------------------------------------------x


      **PLEASE TAKE NOTICE** that, upon the annexed affirmation of movant in support of this motion, applicant will move this Court before the Honorable

at the United States Bankruptcy Court, located at

pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of

_____ and a member in good standing of the Bar of the State(s)

of                                                                , and/or the U. S. District Court for the

District of                                                   , as attorney pro hac vice to argue or try this case in whole or in part as counsel.


                        Respectfully submitted,


                        _____

                            Signature of Movant


                        _____

                            (Print or Type Name)


Dated: